# Exhibit 1

# United States Patent Office

**805,075**
**Registered Mar. 8, 1966**

## PRINCIPAL REGISTER
### Trademark

Ser. No. 225,091, filed Aug. 6, 1965

## FENDER

Columbia Records Distributions Corp. (New York corporation)
799—7th Ave.
New York, N.Y.

For: MUSICAL INSTRUMENTS—NAMELY, ELECTRIC SPANISH GUITARS, ELECTRIC MANDOLINS, ELECTRIC BASSES, ACOUSTIC GUITARS, PEDAL STEEL GUITARS, AND STEEL GUITARS; AND COMPONENTS AND ACCESSORIES FOR GUITARS AND THE LIKE—NAMELY, LEGS, CASES, BAGS, STRINGS, POLISH, WAIST BELTS, STANDS, PICKS, STEELS, NECKS, HEADS, PICKUPS, PICKUP COVERS, PICKGUARDS, BRIDGE COVERS, TREMOLO HANDLES, CONTROL KNOBS, AND STRAPS—in CLASS 36.

For: ELECTRIC APPARATUS FOR USE WITH GUITARS AND FOR OTHER PURPOSES—NAMELY, AMPLIFIERS, LOUDSPEAKERS, ECHO CHAMBERS, AND REVERBERATION UNITS; AND COMPONENTS AND ACCESSORIES FOR SUCH ELECTRICAL APPARATUS—NAMELY, AMPLIFIER CORDS, AMPLIFIER CARRIERS, AMPLIFIER COVERS, FOOT PEDAL CONTROLS, SWITCHES, AMPLIFIER HANDLES, AMPLIFIER KNOBS, AMPLIFIER CORNERS, AMPLIFIER VOLUME AND TONE CONTROLS, SPEAKER CABINETS, AMPLIFIER TUBE SHIELDS, AMPLIFIER THUMBSCREWS, AMPLIFIER LEGS, AND TAPE CARTRIDGES—in CLASS 21.

First use in or about 1945; in commerce in or about 1946.

PHILIP YARNALL, *Examiner.*

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Monday, August 1, 2016 11:00 PM |
| **To:** | XXXX |
| **Subject:** | Official USPTO Notice of Acceptance and Renewal Sections 8 and 9: U.S. Trademark RN 0805075: FENDER: Docket/Reference No. 7209.041 |

**Serial Number:** 72225091
**Registration Number:** 0805075
**Registration Date:** Mar 8, 1966
**Mark:** FENDER
**Owner:** FENDER MUSICAL INSTRUMENTS CORPORATION

Aug 1, 2016

## NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058.  **The Section 8 declaration is accepted.**

## NOTICE OF REGISTRATION RENEWAL UNDER SECTION 9

The renewal application filed for the above-identified registration meets the requirements of Section 9 of the Trademark Act, 15 U.S.C. §1059.  **The registration is renewed.**

**The registration will remain in force for the class(es) listed below for the remainder of the ten-year period, calculated from the registration date, unless canceled by an order of the Commissioner for Trademarks or a Federal Court.**

**Class(es):**
009, 015

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

### REQUIREMENTS FOR MAINTAINING REGISTRATION IN SUCCESSIVE TEN-YEAR PERIODS

**WARNING: Your registration will be canceled if you do not file the documents below during the specified time periods.**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date.  See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*The USPTO WILL NOT SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS.  THE REGISTRANT SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To view this notice and other documents for this application on-line, go to http://tdr.uspto.gov/search.action?sn=72225091.  NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

Int. Cl.: 15

Prior U.S. Cl.: 36

**United States Patent and Trademark Office**

Renewal

Reg. No. 839,997
Registered Dec. 5, 1967
OG Date June 14, 1988

## TRADEMARK
## PRINCIPAL REGISTER

### STRATOCASTER

FENDER MUSICAL INSTRUMENTS CORPORATION (DELAWARE CORPORATION)
1130 COLUMBIA ST.
BREA, CA 92621, ASSIGNEE BY ASSIGNMENT AND CHANGE OF NAME FROM COLUMBIA BROADCASTING SYSTEM, INC. (NEW YORK CORPORATION) NEW YORK, NY

FOR: ELECTRIC GUITARS, IN CLASS 36 (INT. CL. 15).

FIRST USE 0–0–1954; IN COMMERCE 0–0–1954.

SER. NO. 270,186, FILED 4–28–1967.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on June 14, 1988.*

COMMISSIONER OF PATENTS AND TRADEMARKS

# United States Patent Office

**839,997**
Registered Dec. 5, 1967

## PRINCIPAL REGISTER
### Trademark

Ser. No. 270,186, filed Apr. 28, 1967

## STRATOCASTER

Columbia Broadcasting System, Inc. (New York corporation)
51 W. 52nd St.
New York, N.Y.   10019

For: ELECTRIC GUITARS, in CLASS 36.
First use in or about 1954; in commerce in or about 1954.

C. A. MARLOW, *Examiner.*

| From: | TMOfficialNotices@USPTO.GOV |
|---|---|
| Sent: | Friday, June 9, 2017 11:01 PM |
| To: | XXXX |
| Subject: | Official USPTO Notice of Acceptance and Renewal Sections 8 and 9: U.S. Trademark RN 0839997: STRATOCASTER: Docket/Reference No. 7209.074 |

**U.S. Serial Number:** 72270186
**U.S. Registration Number:** 0839997
**U.S. Registration Date:** Dec 5, 1967
**Mark:** STRATOCASTER
**Owner:** FENDER MUSICAL INSTRUMENTS CORPORATION

Jun 9, 2017

## NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058. **The Section 8 declaration is accepted.**

## NOTICE OF REGISTRATION RENEWAL UNDER SECTION 9

The renewal application filed for the above-identified registration meets the requirements of Section 9 of the Trademark Act, 15 U.S.C. §1059. **The registration is renewed.**

**The registration will remain in force for the class(es) listed below, unless canceled by an order of the Commissioner for Trademarks or a Federal Court, as long as the requirements for maintaining the registration are fulfilled as they become due.**

**Class(es):**
036

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

### REQUIREMENTS FOR MAINTAINING REGISTRATION IN SUCCESSIVE TEN-YEAR PERIODS

**WARNING: Your registration will be canceled if you do not file the documents below during the specified statutory time periods.**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date. See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*THE USPTO IS NOT REQUIRED TO SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS. THE OWNER SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To check the status of this registration, go to
https://tsdr.uspto.gov/#caseNumber=72270186&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=statusSearch or contact the Trademark Assistance Center at 1-800-786-9199.

To view this notice and other documents for this registration on-line, go to
https://tsdr.uspto.gov/#caseNumber=72270186&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=documentSearch NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

* **For further information, including information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at https://www.uspto.gov/trademark/ or contact the Trademark Assistance Center at 1-800-786-9199.**

Int. Cl.: 15

Prior U.S. Cl.: 36

**United States Patent and Trademark Office**

10 Year Renewal

Reg. No. 882,884
Registered Dec. 23, 1969
Renewal Approved Jan. 16, 1990

## TRADEMARK
## PRINCIPAL REGISTER

## JAZZ BASS

FENDER MUSICAL INSTRUMENTS CORPORATION (DELAWARE CORPO-RATION)
1130 COLUMBIA STREET
BREA, CA 92621, ASSIGNEE BY ASSIGNMENT AND CHANGE OF NAME COLUMBIA BROADCASTING SYSTEM, INC. (NEW YORK CORPO-RATION) NEW YORK, NY

APPLICANT DISCLAIMS THE WORD "BASS" APART FROM THE MARK AS SHOWN.

FOR: BASS GUITARS, IN CLASS 36 (INT. CL. 15).

FIRST USE 0-0-1957; IN COMMERCE 0-0-1957.

SER. NO. 72-314,134, FILED 12-11-1968.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Feb. 27, 1990.*

COMMISSIONER OF PATENTS AND TRADEMARKS

# United States Patent Office

**882,884**
Registered Dec. 23, 1969

## PRINCIPAL REGISTER
### Trademark

Ser. No. 314,134, filed Dec. 11, 1968

## JAZZ BASS

Columbia Broadcasting System, Inc. (New York corporation)
51 W. 52nd St.
New York, N.Y.   10019

For: BASS GUITARS, in CLASS 36 (INT. CL. 15).
First use in or about 1957; in commerce in or about 1957.

Applicant disclaims the word "Bass" apart from the mark as shown.

C. A. MARLOW, Examiner

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Monday, April 1, 2019 11:02 PM |
| **To:** | XXXX |
| **Subject:** | Official USPTO Notice of Acceptance and Renewal Sections 8 and 9: U.S. Trademark RN 0882884: JAZZ BASS |

**U.S. Serial Number:** 72314134
**U.S. Registration Number:** 0882884
**U.S. Registration Date:** Dec 23, 1969
**Mark:** JAZZ BASS
**Owner:** FENDER MUSICAL INSTRUMENTS CORPORATION

Apr 1, 2019

## NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058.  **The Section 8 declaration is accepted.**

## NOTICE OF REGISTRATION RENEWAL UNDER SECTION 9

The renewal application filed for the above-identified registration meets the requirements of Section 9 of the Trademark Act, 15 U.S.C. §1059.  **The registration is renewed.**

**The registration will remain in force for the class(es) listed below, unless canceled by an order of the Commissioner for Trademarks or a Federal Court, as long as the requirements for maintaining the registration are fulfilled as they become due.**

**Class(es):**
036

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

### REQUIREMENTS FOR MAINTAINING REGISTRATION IN SUCCESSIVE TEN-YEAR PERIODS

**WARNING: Your registration will be canceled if you do not file the documents below during the specified statutory time periods.**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date.  See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*THE USPTO IS NOT REQUIRED TO SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS.  THE OWNER SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To check the status of this registration, go to
https://tsdr.uspto.gov/#caseNumber=72314134&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=statusSearch  or contact the Trademark Assistance Center at 1-800-786-9199.

To view this notice and other documents for this registration on-line, go to
https://tsdr.uspto.gov/#caseNumber=72314134&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=documentSearch  NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

* **For further information, including information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at https://www.uspto.gov/trademark/ or contact the Trademark Assistance Center at 1-800-786-9199.**

Int. Cl.: 15

Prior U.S. Cl.: 36

## United States Patent Office

**Reg. No. 1,062,732**
Registered Apr. 5, 1977

## TRADEMARK
Principal Register

# P BASS

CBS Inc. (New York corporation)
51 W. 52 St.
New York, N.Y.  10019

For: ELECTRIC BASS GUITARS, in CLASS 15 (U.S. CL. 36).

First use on or about Apr. 16, 1976; in commerce on or about Apr. 16, 1976.

Applicant disclaims the word "Bass" apart from the mark as shown.

Owner of Reg. No. 884,159.

Ser. No. 91,720, filed June 28, 1976.

CHARLES R. FOWLER, Supervisory Examiner

J. D. SAMS, Examiner

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Sunday, February 19, 2017 11:16 PM |
| **To:** | XXXX |
| **Subject:** | Official USPTO Notice of Acceptance and Renewal Sections 8 and 9: U.S. Trademark RN 1062732: P BASS: Docket/Reference No. 7209.060 |

**U.S. Serial Number:** 73091720
**U.S. Registration Number:** 1062732
**U.S. Registration Date:** Apr 5, 1977
**Mark:** P BASS
**Owner:** FENDER MUSICAL INSTRUMENTS CORPORATION

Feb 19, 2017

## NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058.  **The Section 8 declaration is accepted.**

## NOTICE OF REGISTRATION RENEWAL UNDER SECTION 9

The renewal application filed for the above-identified registration meets the requirements of Section 9 of the Trademark Act, 15 U.S.C. §1059.  **The registration is renewed.**

**The registration will remain in force for the class(es) listed below, unless canceled by an order of the Commissioner for Trademarks or a Federal Court, as long as the requirements for maintaining the registration are fulfilled as they become due.**

**Class(es):**
015

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

### REQUIREMENTS FOR MAINTAINING REGISTRATION IN SUCCESSIVE TEN-YEAR PERIODS

**WARNING: Your registration will be canceled if you do not file the documents below during the specified statutory time periods.**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date.  See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*THE USPTO IS NOT REQUIRED TO SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS.  THE OWNER SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To check the status of this registration, go to
https://tsdr.uspto.gov/#caseNumber=73091720&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=statusSearch  or contact the Trademark Assistance Center at 1-800-786-9199.

To view this notice and other documents for this registration on-line, go to
https://tsdr.uspto.gov/#caseNumber=73091720&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=documentSearch  NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

   \*   **For further information, including information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at https://www.uspto.gov/trademark/ or contact the Trademark Assistance Center at 1-800-786-9199.**

Int. Cl.: 15

Prior U.S. Cl.: 36

## United States Patent and Trademark Office

Reg. No. 1,148,869

Registered Mar. 24, 1981

## TRADEMARK
### Principal Register



CBS Inc. (New York corporation)
51 W. 52 St.
New York, N.Y. 10019

For: ELECTRIC GUITARS AND ELECTRIC BASS GUITARS, in CLASS 15 (U.S. Cl. 36).

First use 1955; in commerce 1955.

Applicant hereby disclaims the straight portion of the head profile apart from the mark as shown, such straight portion being, in the illustrated head profile of a conventional right-handed guitar, the inclined straight edge shown at the left.

The mark consists of the profile or outline of the head of an electric guitar or electric bass guitar.

Ser. No. 70,669, filed Dec. 3, 1975.

G. T. GLYNN, Primary Examiner

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Thursday, December 9, 2021 11:01 PM |
| **To:** | XXXX |
| **Cc:** | XXXX;  XXXX |
| **Subject:** | Official USPTO Notice of Acceptance and Renewal Sections 8 and 9: U.S. Trademark RN 1148869: Miscellaneous Design: Docket/Reference No. 7209.108 |

**U.S. Serial Number:**  73070669
**U.S. Registration Number:**  1148869
**U.S. Registration Date:**  Mar 24, 1981
**Mark:**  Miscellaneous Design
**Owner:**  FENDER MUSICAL INSTRUMENTS CORPORATION

Dec 9, 2021

## NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058.  **The Section 8 declaration is accepted.**

## NOTICE OF REGISTRATION RENEWAL UNDER SECTION 9

The renewal application filed for the above-identified registration meets the requirements of Section 9 of the Trademark Act, 15 U.S.C. §1059.  **The registration is renewed.**

**The registration will remain in force for the class(es) listed below, unless canceled by an order of the Commissioner for Trademarks or a Federal Court, as long as the requirements for maintaining the registration are fulfilled as they become due.**

**Class(es):**
015

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

### REQUIREMENTS FOR MAINTAINING REGISTRATION IN SUCCESSIVE TEN-YEAR PERIODS

**WARNING: Your registration will be canceled if you do not file the documents below during the specified statutory time periods.**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date.  See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*THE USPTO IS NOT REQUIRED TO SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS.  THE OWNER SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To check the status of this registration, go to
https://tsdr.uspto.gov/#caseNumber=73070669&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=statusSearch  or contact the Trademark Assistance Center at 1-800-786-9199.

To view this notice and other documents for this registration on-line, go to
https://tsdr.uspto.gov/#caseNumber=73070669&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=documentSearch  NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

* **For further information, including information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at https://www.uspto.gov/trademark/ or contact the Trademark Assistance Center at 1-800-786-9199.**

**Int. Cl.: 15**

**Prior U.S. Cl.: 36**

## United States Patent and Trademark Office

**Reg. No. 1,148,870**
Registered Mar. 24, 1981

## TRADEMARK
### Principal Register



CBS Inc. (New York corporation)
51 W. 52 St.
New York, N.Y. 10019

For: ELECTRIC GUITARS AND ELECTRIC BASS GUITARS, in CLASS 15 (U.S. Cl. 36).

First use 1951; in commerce 1951.

Applicant hereby disclaims the straight side of the head profile apart from the mark as shown, such straight portion being, in the illustrated head profile of a conventional right-handed guitar, the inclined straight edge shown at the left.

The mark consists of the profile or outline of the head of an electric guitar or electric bass guitar.

Ser. No. 70,670, filed Dec. 3, 1975.

J. TINGLEY, Primary Examiner

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Thursday, December 9, 2021 11:01 PM |
| **To:** | XXXX |
| **Cc:** | XXXX;  XXXX |
| **Subject:** | Official USPTO Notice of Acceptance and Renewal Sections 8 and 9: U.S. Trademark RN 1148870: Miscellaneous Design: Docket/Reference No. 7209.107 |

**U.S. Serial Number:**  73070670
**U.S. Registration Number:**  1148870
**U.S. Registration Date:**  Mar 24, 1981
**Mark:**  Miscellaneous Design
**Owner:**  FENDER MUSICAL INSTRUMENTS CORPORATION

Dec 9, 2021

### NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058.  **The Section 8 declaration is accepted.**

### NOTICE OF REGISTRATION RENEWAL UNDER SECTION 9

The renewal application filed for the above-identified registration meets the requirements of Section 9 of the Trademark Act, 15 U.S.C. §1059.  **The registration is renewed.**

**The registration will remain in force for the class(es) listed below, unless canceled by an order of the Commissioner for Trademarks or a Federal Court, as long as the requirements for maintaining the registration are fulfilled as they become due.**

**Class(es):**
015

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

### REQUIREMENTS FOR MAINTAINING REGISTRATION IN SUCCESSIVE TEN-YEAR PERIODS

**WARNING: Your registration will be canceled if you do not file the documents below during the specified statutory time periods.**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date.  See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*THE USPTO IS NOT REQUIRED TO SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS.  THE OWNER SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To check the status of this registration, go to
https://tsdr.uspto.gov/#caseNumber=73070670&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=statusSearch  or contact the Trademark Assistance Center at 1-800-786-9199.

To view this notice and other documents for this registration on-line, go to
https://tsdr.uspto.gov/#caseNumber=73070670&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=documentSearch  NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

* **For further information, including information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at https://www.uspto.gov/trademark/ or contact the Trademark Assistance Center at 1-800-786-9199.**

**Int. Cl.: 15**

**Prior U.S. Cl.: 36**

Reg. No. 1,864,250

# United States Patent and Trademark Office

Registered Nov. 22, 1994

## TRADEMARK
## PRINCIPAL REGISTER



FENDER MUSICAL INSTRUMENTS CORPORATION (DELAWARE CORPORATION)
7975 NORTH HAYDEN ROAD
SCOTTSDALE, AZ 85258

FOR: ELECTRIC GUITARS, IN CLASS 15 (U.S. CL. 36).

FIRST USE 12–0–1992; IN COMMERCE 12–0–1992.

OWNER OF U.S. REG. NOS. 805,510 AND 1,256,824.

THE MARK CONSISTS OF THE LETTER "F" IN THICK SCRIPT FORM.

SN 74–328,209, FILED 11–4–1992.

STEVEN R. FINE, EXAMINING ATTORNEY

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Monday, April 07, 2025 11:39:24 EDT |
| **To:** | XXXX |
| **Subject:** | Official USPTO Notification: U.S. Trademark Registration No. 1864250 -- Docket/Reference No. |

**U.S. Serial Number:**  74328209
**U.S. Registration Number:**  1864250
**U.S. Registration Date:**  November 22, 1994
**Mark:**  F
**Owner:**  FENDER MUSICAL INSTRUMENTS CORPORATION

April 07, 2025

## NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058.  **The Section 8 declaration is accepted.**

## NOTICE OF REGISTRATION RENEWAL UNDER SECTION 9

The renewal application filed for the above-identified registration meets the requirements of Section 9 of the Trademark Act, 15 U.S.C. §1059.  **The registration is renewed.**

**The registration will remain in force for the class(es) listed below, unless canceled by an order of the Commissioner for Trademarks or a Federal Court, as long as the requirements for maintaining the registration are fulfilled as they become due.**

**Class(es):**
015

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

### REQUIREMENTS FOR MAINTAINING REGISTRATION IN SUCCESSIVE TEN-YEAR PERIODS

**WARNING: Your registration will be canceled if you do not file the documents below during the specified statutory time periods.**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date.  See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*THE USPTO IS NOT REQUIRED TO SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS.  THE OWNER SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To check the status of this registration, go to
https://tsdr.uspto.gov/#caseNumber=74328209&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=statusSearch or contact the Trademark Assistance Center at 1-800-786-9199.

To view this notice and other documents for this registration on-line, go to
https://tsdr.uspto.gov/#caseNumber=74328209&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=documentSearch NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

> \*   **For further information, including information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at https://www.uspto.gov/trademark/ or contact the Trademark Assistance Center at 1-800-786-9199.**