# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FENDER MUSICAL INSTRUMENTS CORPORATION,<br><br>    Plaintiff,<br><br>  v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No.: 1:26-cv-00788-AS<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**<u>PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN DEFENDANT</u>**

TO THE COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff FENDER MUSICAL INSTRUMENTS CORPORATION voluntarily dismisses the following Defendant listed on the Schedule A to the Complaint without prejudice:

| No. | Defendants | Defendants Online Marketplace(s) |
|---|---|---|
| 7 | MEILLEUR MOMENT | https://www.amazon.com/sp?seller=A1ONQV08TT73JA |

Dated: March 12, 2026

Respectfully submitted,

BOIES SCHILLER FLEXNER LLP

By: /s/*Christopher Tom*
Christopher Tom
55 Hudson Yards
New York, NY 10001
ctom@bsfllp.com
(212) 446-2300

*Attorney for Plaintiff FENDER MUSICAL INSTRUMENTS COPORATION*

## CERTIFICATE OF SERVICE

      I hereby certify that on March 12, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will notify all attorneys of record of the filing of this document.

                                        */s/ Christopher Tom*
                                        Christopher Tom