UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FENDER MUSICAL INSTRUMENTS
CORPORATION,

                    Plaintiff,

        -against-

THE INDIVIDUALS, CORPORATIONS,
LIMITED LIABILITY COMPANIES,
PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A TO THE
COMPLAINT,

                    Defendants.

26-cv-788 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

        If plaintiff anticipates seeking further relief from this Court, it should notify the Court by

April 25, 2026. Otherwise, the Court will administratively close this case.


        SO ORDERED.

Dated:  April 20, 2026
        New York, New York

_____
        ARUN SUBRAMANIAN
        United States District Judge