**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FENDER MUSICAL INSTRUMENTS CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.      ) | |
| ) | |
| THE INDIVIDUALS, CORPORATIONS, LIMITED ) | Case No.: 1:26-cv-00788-AS |
| LIABILITY COMPANIES, PARTNERSHIPS, AND ) | |
| UNINCORPORATED ASSOCIATIONS ) | |
| IDENTIFIED ON SCHEDULE A TO THE ) | |
| COMPLAINT, ) | |
| ) | |
| Defendants. ) | |

**[PROPOSED]  DISBURSEMENT ORDER**

The Clerk is directed to disburse:

> The five thousand-dollar ($5,000) bond posted by Plaintiff, including any interest minus the registry fee:

To Plaintiff's counsel:

> BOIES SCHILLER FLEXNER LLP
> Attn: Christopher Tom
> 55 Hudson Yards
> New York, NY 10001

Within five (5) days of the entry of this Disbursement Order, Plaintiff is directed to provide a copy of this order to this Court's Finance Department.

The Clerk of Court is respectfully directed to terminate Dkt. 41.

Dated:   June 25, 2026

_____
Arun Subramanian
United States District Judge

1